# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2916
LT Case No. 2016-DR-000128-FM

_____

LEOPOLD D. KREISEL,

Appellant,

v.

MARION FAITH GUDINSKY-
KREISEL,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lance Manning Day, Judge.

Michael J. Korn, of Korn & Zehmer, P.A., Jacksonville, for
Appellant.

William S. Graessle, of William S. Graessle, P.A., Jacksonville,
for Appellee.

April 14, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____